UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ST. MARYS REGIONAL MEDICAL CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, Secretary of Health and Human Services, <br><br> Defendant. | No. 1:23-cv-1594-RCL |

### DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant, the Secretary of Health and Human Services, respectfully cross-moves this Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, Defendant refers the Court to the accompanying Memorandum in Support of Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment.

A proposed order is attached.

1

| | |
|---|---|
| Dated: June 7, 2024 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ERIC BECKENHAUER<br>Assistant Branch Director<br>Civil Division |
| <u>Of Counsel</u><br><br>SAMUEL R. BAGENSTOS<br>General Counsel<br><br>JANICE L. HOFFMAN<br>Associate General Counsel<br><br>SUSAN MAXSON LYONS<br>Deputy Associate General Counsel for Litigation<br><br>ALEXANDER R. WHITE<br>Attorney<br><br>*United States Department of Health & Human Services* | /s/ Peter M. Bryce<br>PETER M. BRYCE<br>Illinois Bar No. 6244216<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW, Room 11106<br>Washington, D.C. 20005<br>Tel: (202) 616-8335<br>Fax: (202) 616-8470<br>E-mail: peter.bryce@usdoj.gov<br><br>*Attorney for Defendants* |

.