## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. MARYS REGIONAL MEDICAL CENTER, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 1:23-cv-1594-RCL |
| XAVIER BECERRA, Secretary of Health and Human Services, | )<br>)<br>) |
| Defendant. | ) |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment (the "Motion") and Defendant's Cross-Motion for Summary Judgment (the "Cross-Motion"), and the entire record herein, it is hereby **ORDERED** that Defendant's Cross-Motion is **GRANTED**.

Dated: _____, 2024

_____
Royce C. Lamberth
United States District Judge

1