UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. MARY'S REGIONAL MEDICAL CENTER, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA,<br>Secretary of Health and Human Services,<br><br>　　　　　　　Defendant. | Case No. 1:23-cv-1594-RCL |

**PLAINTIFFS' CONSENT MOTION FOR
EXTENSION OF TIME TO FILE JOINT APPENDIX**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request that the Court grant a 31-day extension of the time for the parties to file a joint appendix in this action, for a new deadline of December 9, 2024. The undersigned counsel has consulted with counsel for the Defendant, who consents to this requested extension. In support of this motion, Plaintiffs state as follows:

1. On November 1, 2023, the Court entered a briefing schedule proposed by the parties. *See* ECF No. 16.

2. Pursuant to that schedule, as subsequently modified upon requests by both parties, Plaintiffs filed their Motion for Summary Judgment, *see* ECF No. 20 ("Plaintiffs' Motion"), and Defendant filed his Cross-Motion for Summary Judgment, *see* ECF No. 24 ("Defendant's Cross-Motion").

3. The scheduled briefing on Plaintiffs' Motion and Defendant's Cross-Motion was complete as of October 25, 2024, when Defendant filed his Reply Memorandum in Further Support of Defendant's Cross-Motion for Summary Judgment. *See* ECF No. 33.

  4. Under Local Rule 7(n), the deadline for filing a joint appendix is November 8, 2024. *See* LCvR 7(n)(2).

  5. Plaintiffs respectfully submit that good cause exists to grant an extension of 31 days for the parties to file the joint appendix, for a new deadline of December 9, 2024. This action presents complex Medicare reimbursement issues arising from five Provider Reimbursement Review Board group appeals and five corresponding records of administrative proceedings. The full administrative record in this action exceeds 5,000 pages. *See* ECF No. 17. Although Plaintiffs are working diligently on this matter, additional time is needed to complete the joint appendix due to the complexity and volume of the administrative record, scheduling demands of multiple deadlines in other matters being handled by the undersigned counsel, and the upcoming Thanksgiving holiday. The requested extension will provide Plaintiffs sufficient time to coordinate with Defendant to prepare and finalize the joint appendix. Plaintiffs have not previously requested an extension of this deadline. Moreover, the requested extension will not affect any other existing deadlines, will not unduly delay further proceedings in this action, and, as noted below, Defendant consents to the requested extension.

  5. Pursuant to Local Rule 7(m), the undersigned conferred with counsel for Defendant, who consents to the relief requested herein.

  WHEREFORE, Plaintiffs respectfully request that the Court grant the requested extension.

Dated:  November 5, 2024

Respectfully submitted,

_/s/ Stephen A. Calhoun_
Stephen A. Calhoun
 (D.C. Bar # TX047)
Edgar C. Morrison, Jr.
 (D.C. Bar # TX0166)
JACKSON WALKER L.L.P.
1900 Broadway, Suite 1200
San Antonio, Texas 78215
Tel: (210) 978-7713
Fax: (210) 242-4613
scalhoun@jw.com
jmorrison@jw.com

*Counsel for Plaintiffs*